COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Annise D. Parker, Mayor, Anna Russell, City Secretary, and City of Houston v. David B. Wilson

Appellate case number:    01-15-00687-CV

Trial court case number:    2015-39706

Trial court:    270th District Court of Harris

Appellee, David B. Wilson, has filed an "Emergency Motion to Dismiss, and Alternatively, to Refer Enforcement of Mandamus to Trial Court." The motion is **DENIED.**

On August 7, 2015, appellants, Annise D. Parker, Mayor, Anna Russell, City Secretary, and City of Houston, filed a notice of interlocutory appeal of a July 28, 2015 trial court order that grants appellee David B. Wilson's "Application for Writ of Mandamus" and orders the City Secretary to "count and certify to the Houston City Council the number of valid signatures contained in the petition submitted by [Wilson] . . . ." This Court generally has jurisdiction only over appeals from final judgments unless a statute authorizes an interlocutory appeal. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447–48 (Tex. 2011); *Paulsen v. Yarrell*, 455 S.W.3d 192, 195 (Tex. App.—Houston [1st Dist.] 2014, no pet.) (citing *Rusk State Hosp. v. Black*, 392 S.W.3d 88, 92 (Tex. 2012)); *see also, e.g.,* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2015) (authorizing appeals from certain interlocutory orders).

Accordingly, appellants are hereby notified that the Court may dismiss this appeal for want of jurisdiction unless appellants file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a). **Any response must be filed within 10 days of the date of this notice.** You must respond in writing even if you have previously claimed that this Court has jurisdiction over your appeal.

If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

**PER CURIAM**

Panel consists of: Justices Keyes, Massengale, and Lloyd

Date: <u>August 19, 2015</u>